UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re __Rolaw of Shelter Island Inc__   Case No. __17-73626__
           Debtor
                                         Reporting Period: __August 1 – August 31, 2017__
                                         Federal Tax I.D. # __11-3318675__

## MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
| Listing of aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Michael_____                    __8/19/17__
Signature of Debtor                                       Date

_____                    _____
Signature of Joint Debtor                                 Date

_____                    _____
Signature of Authorized Individual*                       Date

_____                    _____
Printed Name of Authorized Individual                     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(10/00)

In re: __Rolaw of Shelter Isians Inc__  
Debtor

Case No. __17-73626__  
Reporting Period: _____

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 34782 | 82281 |
| Less: Returns and Allowances | | |
| Net Revenue | 34782 | 82281 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | 10447 | 30354 |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | 24335 | 51927 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | 1131 | 2131 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | 1456 | 3482 |
| Management Fees/Bonuses | | |
| Office Expense | 100 | 100 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 400 | 720 |
| Rent and Lease Expense | 4600 | 7000 |
| Salaries/Commissions/Fees | 4599 | 8811 |
| Supplies | | |
| Taxes - Payroll | 959 | 1165 |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | 190 | 5866 |
| Other (attach schedule) | 3601 | 5421 |
| Total Operating Expenses Before Depreciation | 18747 | 34696 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | 5588 | 17231 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2  
(10/00)

In re: Rolan of Shelter Isims Inc
Debtor

Case No. 17-73626

Reporting Period: August 1, August 31, 2017

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | | Month | Cumulative Filing to Date |
|---|---|---|---|
| Other Costs | | | |
| Other Operational Expenses | | | |
| Dues | | 1882 | 1882 |
| Professional Fees | | 1100 | 1669 |
| Telephone | | 319 | 950 |
| Bank Charges | | 300 | 920 |
| | | 3601 | 5421 |
| Other Income | | | |
| Other Expenses | | | |
| Other Reorganization Expenses | | | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (CONT)
(10/00)

In re: Rulon of Shelter Island Inc (Debtor)

Case No.: 17-73626
Reporting Period: August 1 – August 31, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 179 | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 3478 | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | 34705 | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 4599 | | | | | | | |
| PAYROLL TAXES | 959 | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | 10447 | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | 1456 | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | 11610 | | | | | | | |
| OWNER DRAW * | 4086 | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | 1600 | | | | | | | |
| PROFESSIONAL FEES | 1100 | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 35857 | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -1154 | | | | | | | |
| CASH - END OF MONTH | -1154 | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

FORM MOR-1
(10/00)

In re: Rolow at Shelter Island Inc (Debtor)

Case No. 17-73626
Reporting Period: August 1 – August 31, 2017

## BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | # Operating | # Payroll | # Tax | # Other |
|---|---|---|---|---|
| BALANCE PER BOOKS | | | | |
| BANK BALANCE | +4011 | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST): e.g. (1,000) | 5165 | | | |
| OTHER (ATTACH EXPLANATION) | | | | |
| ADJUSTED BANK BALANCE * | = 1154 | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| Suffolk Cty | 1664 | 2300 | | |
| Village Beverage | 1065 | 100 | | |
| Michael Toscano | 1043 | 1500 | | |
| Verity | 045 | 464 | | |
| Verity | 050 | 186 | | |
| Restaurant Depot | 1054 | 208 | | |
| Verity | 1061 | 907 | | |
| | | 5165 | | |

OTHER

FORM MOR-1 (CON'T)
(10/00)

In re: __Roland Shelter Isms Inc___                Case No. __17-73626__
         Debtor                                    Reporting Period: __August 1 August 31, 2017__

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | (-1154) | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | | |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less: Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | | |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | | |
| **TOTAL ASSETS** | (-1154) | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Post-petition Liabilities (attach schedule) | | |
| TOTAL POST-PETITION LIABILITIES | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | | |
| **TOTAL LIABILITIES** | | |
| **OWNER EQUITY** | | |
| Capital Stock | 1000 | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | (-2154) | |
| Retained Earnings - Post-petition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Post-petition Contributions (attach schedule) | | |
| NET OWNERS' EQUITY | (-1154) | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(10/00)

In re __Roland Shelter Bsino Inc__    Case No. __17-73626__
      Debtor                          Reporting Period: __August 1, 2017 - August 31, 2017__

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax | Amount Withheld or | Amount Paid | Date Paid | Check No. or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding |  | 959 | 959 |  |  |  |
| FICA-Employee |  |  |  |  |  |  |
| FICA-Employer |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Federal Taxes |  |  |  |  |  |  |
| State and Local |  |  |  |  |  |  |
| Withholding |  | 63 | 63 |  |  |  |
| Sales |  |  |  |  |  |  |
| Excise |  |  |  |  |  |  |
| Unemployment |  |  |  |  |  |  |
| Real Property |  |  |  |  |  |  |
| Personal Property |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total State and Local |  |  |  |  |  |  |
| Total Taxes |  |  |  |  |  |  |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

|  |  | Number of Days Past Due |  |  |  |
|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable |  |  |  |  |  |  |
| Wages Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building |  |  |  |  |  |  |
| Rent/Leases-Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| Total Post-petition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

FORM MOR-4
(10/00)



eTreasury+

# Activity - Deposit Account

Report created:    09/17/2017 03:50:20 PM (ET)

## Account Information

Account:              *1087 • Checking • BUSINESS ADVANTAGE • Available $6,881.22
Available balance:    $6,881.22
Current balance:      $6,881.22
Ledger balance:       $6,881.22

## Transaction History

Date range:         8/1/2017 to 8/31/2017
Transaction types:  All transactions
Detail option:      Includes transaction detail

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 08/28/2017 | 997000826081959 | | BOOK TRANSFER CREDIT REF 2380819L FUNDS TRANSFER FRMDEP 6500761088 FROM SALES TAX | | $500.00 | $4,900.00 |
| 08/08/2017 | 997000808075919 | | BOOK TRANSFER CREDIT REF 2200759L FUNDS TRANSFER FRMDEP 6500761088 FROM SALES TAX | | $600.00 | $4,400.00 |
| 08/02/2017 | 997000802080548 | | BOOK TRANSFER CREDIT REF 2140805L FUNDS TRANSFER FRMDEP 6500761088 FROM SALES TAX | | $600.00 | $3,800.00 |



eTreasury+

# Activity - Deposit Account

Report created:        09/17/2017 03:50:54 PM (ET)

## Account Information

Account:              *1088 • Checking • Rolaw of Shelter Island Inc • Available $2,583.29
Available balance:    $2,583.29
Current balance:      $2,583.29
Ledger balance:       $3,063.55

## Transaction History

Date range:           8/1/2017 to 8/31/2017
Transaction types:    All transactions
Detail option:        Includes transaction detail

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 08/31/2017 | 00000001063 | 00000001063 | CHECK PAID | $622.44 | | $4,011.27 |
| 08/31/2017 | NYS DTF WT Ta | | PREAUTHORIZED ACH DEBIT NYS DTF WT    Tax Paymnt 170831 000000022756805 | $18.78 | | $4,633.71 |
| 08/31/2017 | BEST BUY MHT  0 | | MASTERMONEY PURCHASE POS PURCHASE    TERMINAL 12345678 BEST BUY MHT  0 PATCHOGUE NY        XXXXXXXXXXXX6329 | $41.26 | | $4,652.49 |
| 08/30/2017 | 00000001062 | 00000001062 | CHECK PAID | $533.55 | | $4,693.75 |
| 08/30/2017 | 00000001058 | 00000001058 | CHECK PAID | $80.00 | | $5,227.30 |
| 08/30/2017 | IRS       US | | PREAUTHORIZED ACH DEBIT IRS         USATAXPYMT 170830 274764200072439 | $301.16 | | $5,307.30 |
| 08/30/2017 | TIPS & TOES FAS | | MASTERMONEY PURCHASE POS PURCHASE    TERMINAL 12345678 TIPS & TOES FAS PATCHOGUE NY        XXXXXXXXXXXX6329 | $30.00 | | $5,608.46 |
| 08/30/2017 | STAR ISLAND YAC | | MASTERMONEY PURCHASE POS PURCHASE    TERMINAL 12345678 STAR ISLAND YAC MONTAUK  NY        XXXXXXXXXXXX6329 | $42.90 | | $5,638.46 |
| 08/30/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSOFFLINE    170830 409162100024694 | | $269.49 | $5,681.36 |
| 08/29/2017 | INTUIT PAYROLL S  QU | | PREAUTHORIZED ACH DEBIT INTUIT PAYROLL S QUICKBOOKS    170829 113318675 | $1,533.03 | | $5,411.87 |
| 08/29/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL    170829 409162100024694 | | $1,803.67 | $6,944.90 |
| 08/29/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL    170829 409162100024694 | | $2,632.72 | $5,141.23 |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 08/29/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170829 409162100024694 | | $1,897.89 | $2,508.51 |
| 08/28/2017 | 00000001060 | 00000001060 | CHECK PAID BR 658 | $400.00 | | $610.62 |
| 08/28/2017 | 00000001054 | 00000001054 | CHECK PAID | $1,882.00 | | $1,010.62 |
| 08/28/2017 | LIPA SE | | PREAUTHORIZED ACH DEBIT LIPA SELFPAYIVR 170828 0097801091 | $500.00 | | $2,892.62 |
| 08/28/2017 | GIUNTA'S MEAT F | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 GIUNTA'S MEAT F MEDFORD NY XXXXXXXXXXXX6329 | $34.04 | | $3,392.62 |
| 08/28/2017 | 997000826081959 | | BOOK TRANSFER DEBIT REF 2380819L FUNDS TRANSFER TO DEP 6500761087 FROM SALES TAX | $500.00 | | $3,426.66 |
| 08/28/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170828 409162100024694 | | $1,672.62 | $3,926.66 |
| 08/25/2017 | 00000001059 | 00000001059 | CHECK PAID | $208.45 | | $2,254.04 |
| 08/25/2017 | 00000001057 | 00000001057 | CHECK PAID | $509.63 | | $2,462.49 |
| 08/25/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170825 409162100024694 | | $1,312.58 | $2,972.12 |
| 08/24/2017 | 00000001056 | 00000001056 | CHECK PAID | $600.00 | | $1,659.54 |
| 08/24/2017 | 00000001052 | 00000001052 | CHECK PAID BR 655 | $1,075.00 | | $2,259.54 |
| 08/24/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH DEBIT IPS ACH PROGRAM IPSNXDSETL 170824 403903421100026 | $425.00 | | $3,334.54 |
| 08/24/2017 | 000001455080000 | | POS PURCHASE POS PURCHASE TERMINAL 00000101 AMAZON.COM SEATTLE WA XXXXXXXXXXXX6329 | $10.49 | | $3,759.54 |
| 08/24/2017 | 000002008070000 | | POS PURCHASE POS PURCHASE TERMINAL 99023013 COSTCO WHSE #02 HOLBROOK NY XXXXXXXXXXXX6329 | $55.77 | | $3,770.03 |
| 08/24/2017 | 000003307460000 | | POS PURCHASE POS PURCHASE TERMINAL 00981840 RESTAURANT DEPO BOHEMIA NY XXXXXXXXXXXX6329 | $74.92 | | $3,825.80 |
| 08/24/2017 | MAGGIO ENVIRONM | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 MAGGIO ENVIRONM 631-69663 NY XXXXXXXXXXXX6329 | $98.85 | | $3,900.72 |
| 08/23/2017 | 00000001051 | 00000001051 | CHECK PAID | $477.84 | | $3,999.57 |
| 08/23/2017 | ALLY AL | | PREAUTHORIZED ACH DEBIT ALLY ALLY PAYMT 170823 628924448335011 | $381.92 | | $4,477.41 |
| 08/23/2017 | LIPA PH | | PREAUTHORIZED ACH DEBIT LIPA PHONECHECK 170823 | $358.19 | | $4,859.33 |
| 08/23/2017 | BAY GAS SERVICE | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 BAY GAS SERVICE SHIRLEY NY XXXXXXXXXXXX6329 | $206.67 | | $5,217.52 |

| Post Date | Reference | Addition Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 08/23/2017 | SOUTH EDISON - | | MASTERMONEY PURCHASE POS PURCHASE   TERMINAL 12345678 SOUTH EDISON - MONTAUK  NY     XXXXXXXXXXXX6329 | $160.78 | | $5,424.19 |
| 08/23/2017 | 00000001055 | 00000001055 | CHECK PAID BR 658 | $1,500.00 | | $5,584.97 |
| 08/22/2017 | 00000001053 | 00000001053 | CHECK PAID | $310.00 | | $7,084.97 |
| 08/22/2017 | 00000001049 | 00000001049 | CHECK PAID | $1,586.00 | | $7,394.97 |
| 08/22/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL    170822 409162100024694 | | $1,740.61 | $8,980.97 |
| 08/22/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL    170822 409162100024694 | | $5,583.71 | $7,240.36 |
| 08/22/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL    170822 409162100024694 | | $866.60 | $1,656.65 |
| 08/21/2017 | 00000001047 | 00000001047 | CHECK PAID | $650.00 | | $790.05 |
| 08/21/2017 | APIntegoInsuranc AC | | PREAUTHORIZED ACH DEBIT APIntegoInsuranc ACHTRANS 170821    8890017 | $29.37 | | $1,440.05 |
| 08/21/2017 | SMARTPAYMENT- PLAN  80 | | PREAUTHORIZED ACH DEBIT SMARTPAYMENTPLAN 8004816863    170821 | $371.76 | | $1,469.42 |
| 08/21/2017 | 2065 WADING RIVER MAN | | ATM DEBIT CASH WITHDRAWAL TERMINAL DC75    2065 WADING RIVER MANOR WADING RI NY     XXXXXXXXXXXX6329 | $300.00 | | $1,841.18 |
| 08/21/2017 | SHOPRITE PATCHO | | MASTERMONEY PURCHASE POS PURCHASE   TERMINAL 12345678 SHOPRITE PATCHO PATCHOGUE NY     XXXXXXXXXXXX6329 | $38.04 | | $2,141.18 |
| 08/21/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL    170821 409162100024694 | | $1,124.98 | $2,179.22 |
| 08/18/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL    170818 409162100024694 | | $451.50 | $1,054.24 |
| 08/16/2017 | NYS DTF WT Ta | | PREAUTHORIZED ACH DEBIT NYS DTF WT    Tax Paymnt 170816 000000022376336 | $18.78 | | $602.74 |
| 08/16/2017 | GEICO    PR | | PREAUTHORIZED ACH DEBIT GEICO        PREM COLL 170816 | $0.00 | | $621.52 |
| 08/16/2017 | IRS    US | | PREAUTHORIZED ACH DEBIT IRS        USATAXPYMT 170816 274762852802063 | $301.16 | | $621.52 |
| 08/16/2017 | NATIONAL LIFE GR  NL | | PREAUTHORIZED ACH DEBIT NATIONAL LIFE GR  NLGROUP 170816 | $142.56 | | $922.68 |
| 08/16/2017 | ATT    Pa | | PREAUTHORIZED ACH DEBIT ATT        Payment 170816 | $319.64 | | $1,065.24 |
| 08/15/2017 | 00000001046 | 00000001046 | CHECK PAID | $597.28 | | $1,384.88 |
| 08/15/2017 | 00000001033 | 00000001033 | CHECK PAID | $695.00 | | $1,982.16 |
| 08/15/2017 | INTUIT PAYROLL S  QU | | PREAUTHORIZED ACH DEBIT INTUIT PAYROLL S QUICKBOOKS    170815 113318675 | $1,533.03 | | $2,677.16 |

| Post Date | Reference | Addition Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 08/15/2017 | IPS ACH* PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170815 409162100024694 | | $1,548.32 | $4,210.19 |
| 08/15/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170815 409162100024694 | | $1,453.76 | $2,661.87 |
| 08/15/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170815 409162100024694 | | $656.58 | $1,208.11 |
| 08/14/2017 | 00000001044 | 00000001044 | CHECK PAID | $530.42 | | $551.53 |
| 08/14/2017 | OPTIMUM07839 TE | | PREAUTHORIZED ACH DEBIT OPTIMUM07839 TELE PMT33 170814 0783939129401 | $226.73 | | $1,081.95 |
| 08/14/2017 | 000005053090000 | | POS PURCHASE POS PURCHASE TERMINAL 00000101 AMAZON.COM SEATTLE WA XXXXXXXXXXXX6329 | $165.00 | | $1,308.68 |
| 08/14/2017 | 000009915480000 | | POS PURCHASE POS PURCHASE TERMINAL 99023013 COSTCO WHSE #02 HOLBROOK NY XXXXXXXXXXXX6329 | $34.99 | | $1,473.68 |
| 08/14/2017 | RESTAURANT DEPO | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 RESTAURANT DEPO BOHEMIA NY XXXXXXXXXXXX6329 | $184.80 | | $1,508.67 |
| 08/14/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170814 409162100024694 | | $388.86 | $1,693.47 |
| 08/11/2017 | 2065 WADING RIVER MAN | | ATM DEBIT CASH WITHDRAWAL TERMINAL DC75 2065 WADING RIVER MANOR WADING RI NY XXXXXXXXXXXX6329 | $700.00 | | $1,304.61 |
| 08/11/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170811 409162100024694 | | $446.21 | $2,004.61 |
| 08/10/2017 | OPTIMUM07868 TE | | PREAUTHORIZED ACH DEBIT OPTIMUM07868 TELE PMT05 170810 | $203.22 | | $1,558.40 |
| 08/10/2017 | 997000810093547 | | BOOK TRANSFER DEBIT REF 2220935L FUNDS TRANSFER TO DEP 210077707 FROM CLOSE ACC | $99.56 | | $1,761.62 |
| 08/09/2017 | 00000001041 | 00000001041 | CHECK PAID | $450.00 | | $1,861.18 |
| 08/09/2017 | BankDirect Capit WE | | PREAUTHORIZED ACH DEBIT BankDirect Capit WEB PMTS 170809 | $496.78 | | $2,311.18 |
| 08/09/2017 | 00000001043 | 00000001043 | CHECK PAID BR 658 | $1,000.00 | | $2,807.96 |
| 08/09/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170809 409162100024694 | | $612.36 | $3,807.96 |
| 08/08/2017 | 00000001042 | 00000001042 | CHECK PAID | $545.79 | | $3,195.60 |
| 08/08/2017 | 00000001036 | 00000001036 | CHECK PAID | $367.73 | | $3,741.39 |
| 08/08/2017 | PROG SPECIALTY IN | | PREAUTHORIZED ACH DEBIT PROG SPECIALTY INS PREM 170808 | $757.97 | | $4,109.12 |

| Post Date | Reference | Addition Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 08/08/2017 | 997000808075919 | | BOOK TRANSFER DEBIT REF 2200759L FUNDS TRANSFER TO DEP 6500761087 FROM SALES TAX | $600.00 | | $4,867.09 |
| 08/08/2017 | 00000000000 | | OVERDRAFT FEE 796,080817220,832,,FOR OVERDRAFT ACH WITHDRAWAL 211370 520713927 | $37.00 | | $5,467.09 |
| 08/08/2017 | 00000000000 | | OVERDRAFT FEE 796,080817220,832,,FOR OVERDRAFT ACH WITHDRAWAL 091408 595230040 | $37.00 | | $5,504.09 |
| 08/08/2017 | 00000000000 | | OVERDRAFT FEE 796,080817220,832,,FOR OVERDRAFT ACH WITHDRAWAL 091000 010846741 | $37.00 | | $5,541.09 |
| 08/08/2017 | 00000000000 | | OVERDRAFT FEE 796,080817220,832,,FOR OVERDRAFT ACH WITHDRAWAL 091000 010846017 | $37.00 | | $5,578.09 |
| 08/08/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170808 409162100024694 | | $1,733.40 | $5,615.09 |
| 08/08/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170808 409162100024694 | | $1,485.05 | $3,881.69 |
| 08/08/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170808 409162100024694 | | $3,165.16 | $2,396.64 |
| 08/07/2017 | SMARTPAYMENT-PLAN 80 | | PREAUTHORIZED ACH DEBIT SMARTPAYMENTPLAN 8004816863 170807 | $371.76 | | ($768.52) |
| 08/07/2017 | APIntegoInsuranc AC | | PREAUTHORIZED ACH DEBIT APIntegoInsuranc ACHTRANS 170807 8361537 | $29.37 | | ($396.76) |
| 08/07/2017 | IPS ACH PROGRAM ME | | PREAUTHORIZED ACH DEBIT IPS ACH PROGRAM MEND073117 170807 403903421100026 | $76.24 | | ($367.39) |
| 08/07/2017 | IPS ACH PROGRAM ME | | PREAUTHORIZED ACH DEBIT IPS ACH PROGRAM MEND073117 170807 409162100024694 | $1,296.70 | | ($291.15) |
| 08/07/2017 | CTC* CONSTANTCON | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 CTC*CONSTANTCON 855-22955 MA XXXXXXXXXXXX6329 | $48.88 | | $1,005.55 |
| 08/07/2017 | GIUNTA'S MEAT F | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 GIUNTA'S MEAT F MEDFORD NY XXXXXXXXXXXX6329 | $11.24 | | $1,054.43 |
| 08/07/2017 | IPS ACH PROGRAM IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL 170807 409162100024694 | | $748.19 | $1,065.67 |
| 08/04/2017 | 000003196460000 | | POS PURCHASE POS PURCHASE TERMINAL 00203539 RESTAURANT DEPO BOHEMIA NY XXXXXXXXXXXX6329 | $36.40 | | $317.48 |
| 08/04/2017 | 000004332170000 | | POS PURCHASE POS PURCHASE TERMINAL 99023013 COSTCO WHSE #02 HOLBROOK NY XXXXXXXXXXXX6329 | $39.75 | | $353.88 |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 08/04/2017 | 000000000000 | | OVERDRAFT FEE 796,080417216,832,,FOR OVERDRAFT CHECK # 1040 | $37.00 | | $393.63 |
| 08/04/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL    170804 409162100024694 | | $1,232.32 | $430.63 |
| 08/03/2017 | 00000001040 | 00000001040 | CHECK PAID | $2,300.00 | | ($801.69) |
| 08/03/2017 | 00000001019 | 00000001019 | CHECK PAID | $453.87 | | $1,498.31 |
| 08/03/2017 | 2065 WADING RIVER MAN | | ATM DEBIT CASH WITHDRAWAL TERMINAL DC75   2065 WADING RIVER MANOR WADING RI NY XXXXXXXXXXXX6329 | $700.00 | | $1,952.18 |
| 08/03/2017 | BAY GAS SERVICE | | MASTERMONEY PURCHASE POS PURCHASE    TERMINAL 12345678 BAY GAS SERVICE SHIRLEY  NY XXXXXXXXXXXX6329 | $208.91 | | $2,652.18 |
| 08/03/2017 | ASBURY PARK PAR | | MASTERMONEY PURCHASE POS PURCHASE    TERMINAL 12345678 ASBURY PARK PAR ASBURY PA NJ XXXXXXXXXXXX6329 | $2.00 | | $2,861.09 |
| 08/03/2017 | BORO OF POINT P | | MASTERMONEY PURCHASE POS PURCHASE    TERMINAL 12345678 BORO OF POINT P POINT PLE NJ XXXXXXXXXXXX6329 | $6.75 | | $2,863.09 |
| 08/02/2017 | 00000001037 | 00000001037 | CHECK PAID | $585.93 | | $2,869.84 |
| 08/02/2017 | 00000001031 | 00000001031 | CHECK PAID | $1,500.00 | | $3,455.77 |
| 08/02/2017 | NYS DTF WT Ta | | PREAUTHORIZED ACH DEBIT NYS DTF WT    Tax Paymnt 170802 000000022063158 | $18.78 | | $4,955.77 |
| 08/02/2017 | IRS     US | | PREAUTHORIZED ACH DEBIT IRS           USATAXPYMT 170802 274761460035516 | $301.16 | | $4,974.55 |
| 08/02/2017 | 997000802080548 | | BOOK TRANSFER DEBIT REF 2140805L   FUNDS TRANSFER TO DEP 6500761087   FROM SALES TAX | $600.00 | | $5,275.71 |
| 08/01/2017 | 00000001039 | 00000001039 | CHECK PAID | $175.00 | | $5,875.71 |
| 08/01/2017 | INTUIT PAYROLL S  QU | | PREAUTHORIZED ACH DEBIT INTUIT PAYROLL S QUICKBOOKS    170801 113318675 | $1,533.03 | | $6,050.71 |
| 08/01/2017 | MAGGIO ENVIRONM | | MASTERMONEY PURCHASE POS PURCHASE    TERMINAL 12345678 MAGGIO ENVIRONM 631-69663 NY XXXXXXXXXXXX6329 | $98.85 | | $7,583.74 |
| 08/01/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL    170801 409162100024694 | | $1,826.22 | $7,682.59 |
| 08/01/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL    170801 409162100024694 | | $3,607.06 | $5,856.37 |
| 08/01/2017 | IPS ACH PROGRAM  IP | | PREAUTHORIZED ACH CREDIT IPS ACH PROGRAM IPSNXDSETL    170801 409162100024694 | | $65.60 | $2,249.31 |