UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:

ROLAW OF SHELTER ISLAND, INC.,
d/b/a MICHAEL ANTHONY'S FOOD BAR,

Case No. 17-73626 (REG)

Chapter 11

Debtor
--------------------------------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion (the "Motion") of Rolaw of Shelter Island, Inc., d/b/a Michael Anthony's Food Bar (the "Debtor"), the above-referenced debtor and debtor-in-possession, by and through its counsel, Macco & Stern, LLP, for an order dismissing the Debtor's chapter 11 case and the affidavit of service of the Motion, on file with the Court; and additional service being neither necessary nor required; and a hearing on the Motion having been held before the Court (the "Hearing"); and the Debtor; and good and sufficient cause appearing; and it being in the best interests of the Debtor's creditors; it is hereby

**ORDERED**, that the Debtor's Chapter 11 Case is dismissed; and it is further

**ORDERED,** that Clerk of the Court shall close the Debtor's above-referenced Chapter 11 Case; and it

**ORDERED**, that the Debtor, or their agents, assigns, or successor in interest, may take any

and all action under applicable law to exercise its remedies in accordance with this Order.

No Objection:

*s/ Alfred M. Dimino*
Office of the United States Trustee



|  |  |
|---|---|
| **Dated: Central Islip, New York** | **Robert E. Grossman** |
| **May 30, 2018** | **United States Bankruptcy Judge** |